No. 93–1238.   NAGLE ET AL. *v.* ALSPACH, TRUSTEE IN BANK-RUPTCY FOR RIMAR MANUFACTURING, INC., ET AL.   C. A. 3d Cir.   Motion of respondents for interest and damages denied. Certiorari denied.

No. 93–7488.   PAWLAK *v.* PENNSYLVANIA BOARD OF LAW EX-AMINERS.   Sup. Ct. Pa.   Motion of petitioner for leave to substitute questions presented denied.   Certiorari denied.

No. 93–7002.   CAMPBELL *v.* WOOD, SUPERINTENDENT, WASH-INGTON STATE PENITENTIARY, ET AL.   C. A. 9th Cir.;
  No. 93–7152.   SAN MIGUEL *v.* TEXAS.   Ct. Crim. App. Tex.;
  No. 93–7235.   ADANANDUS *v.* TEXAS.   Ct. Crim. App. Tex.;
  No. 93–7379.   NELSON *v.* TEXAS.   Ct. Crim. App. Tex.;
  No. 93–7446.   MEDINA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;
  No. 93–7447.   NAPIER *v.* TEXAS.   Ct. Crim. App. Tex.;
  No. 93–7476.   RUIZ CAMACHO *v.* TEXAS.   Ct. Crim. App. Tex.;
  No. 93–7568.   ALDRIDGE *v.* TEXAS.   Ct. Crim. App. Tex.;
  No. 93–7627.   HOWELL *v.* TENNESSEE.   Sup. Ct. Tenn.; and
  No. 93–7950.   CALLINS *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins, ante,* p. 1143, I would grant certiorari and vacate the death sentences in these cases.